# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1084

_____

| | | |
|---|---|---|
| Everick Lovosier Monk, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | Appeal from the United States |
| Larry Norris, Director, Arkansas | * | District Court for the |
| Department of Correction; Claude | * | Eastern District of Arkansas. |
| Wilburn, OCS: Printing & Graphic | * | |
| Arts Supervisor, Wrightsville Unit, | * | |
| Arkansas Department of Correction; | * | [UNPUBLISHED] |
| David Guntharp, Assistant Director, | * | |
| Arkansas Department of Correction; | * | |
| Clifford Terry, Warden, Wrightsville | * | |
| Unit, Arkansas Department of | * | |
| Correction, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: May 28, 1999
Filed: June 7, 1999

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Everick Lovosier Monk appeals from the district court's[1] dismissal of his 42 U.S.C. § 1983 action.  After carefully reviewing the record and the parties' submissions, we conclude dismissal was proper for the reasons the district court stated and an extended discussion is not warranted.  Accordingly, we affirm the judgment of the district court.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The HONORABLE HENRY WOODS, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the HONORABLE HENRY L. JONES, JR., United States Magistrate Judge for the Eastern District of Arkansas.